UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                       Case No: 1:12-cr-123

v.                                                        HON. JANET T. NEFF

KENNETH LEE LANG-KNIGHT,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Corrected Report and Recommendation filed July 26, 2012 by the United States Magistrate Judge in this action. The Corrected Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Corrected Report and Recommendation of the Magistrate Judge (Dkt 72) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Count One and Count Two of the Indictment.


Dated: August 13, 2012                      /s/Janet T. Neff
                                                         JANET T. NEFF
                                                         UNITED STATES DISTRICT JUDGE